UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
Taisha Johnson,                                    :
                                                   :
               Plaintiff,                :
                                                   :     **ORDER**
          -against-                        :
                                                   :     03-CV-1889 (DLI)(VVP)
Inter-Continental Hotels Group, Inc.,              :
                                                   :
               Defendant.                :
----------------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

      By Order dated October 12, 2004, Magistrate Judge Viktor V. Pohorelsky ordered plaintiff to appear at a conference scheduled for October 29, 2004 and warned her specifically that failure to attend the conference would serve as grounds for dismissal of the action for want of prosecution.

      At the October 29, 2004 hearing, plaintiff's lawyer, whose application to withdraw from further representation was granted that day, communicated to Magistrate Judge Pohorelsky that plaintiff had lost interest in litigating her case. After recommending dismissal of the case, Judge Pohorelsky directed plaintiff's attorney to mail a copy of the hearing transcript to plaintiff and to file proof of service on the record. Judge Pohorelsky granted plaintiff ten days following receipt of the transcript to file any objection to his report and recommendation of dismissal.

      Plaintiff's counsel filed the hearing transcript and affidavit of service on March 10 and 25, 2005, respectively, and plaintiff has filed no objections. Accordingly, this case is dismissed <u>with prejudice</u> for want of prosecution.


SO ORDERED.

DATED:     Brooklyn, New York
             May 2, 2005


                                          _____/s/_____
                                               DORA L. IRIZARRY
                                           United States District Judge