UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TAISHA JOHNSON,

JUDGMENT
03-CV- 1889 (DLI)

                        Plaintiff,

-against-

INTER-CONTINENTAL HOTELS GROUP, INC.,

                       Defendant.
-----------------------------------------------------------X

      An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on May 2, 2005, adopting the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky, dated October 29, 2004; and ordering the case dismissed with prejudice for lack of prosecution; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky recommending dismissal of the case is adopted; and that judgment is hereby entered dismissing the case with prejudice for lack of prosecution.

Dated: Brooklyn, New York
        May 04, 2005

                                                      ROBERT C. HEINEMANN
                                                      Clerk of Court